```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:99-20107-Ml |
| | * | |
| RANDALL ROBERTS | * | |
|     Defendant. | * | |

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On March 27, 2007, Randall Roberts appeared before me on a violation of the terms and conditions of probation/supervised release in this matter. Counsel was appointed to represent dft Randall Roberts.

Accordingly, defendant Randall Roberts is held before the District Court to show cause why his supervised release should not be revoked by a hearing to be set on notice from the United States District Court.

IT IS SO ORDERED this __27th__ day of _March____, 2007.

                                                              s/Diane K. Vescovo

                                                UNITED STATES MAGISTRATE JUDGE